UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMIT KUMAR,

                Petitioner,

    v.

ICE FIELD OFFICE DIRECTOR,

                Respondent.

CASE NO. 2:22-cv-00033-RSM-BAT

**ORDER ON PETITIONER'S
MOTION FOR EXTENSION**

       Petitioner filed a *pro se* petition for writ of habeas corpus seeking release from immigration custody. Dkt. 1. Respondent filed a return and motion to dismiss the petition on February 2, 2022. Dkt. 7. On February 28, 2022, Petitioner moved for an extension to reply to Respondent's return and motion to dismiss. Dkt. 8. On March 5, 2022, Petitioner filed a reply to Respondent's return and motion to dismiss. Dkt. 9. In his reply, Petitioner requests additional time to submit "papers." *Id.* at 8. Having considered the pleadings and the record, the Court **ORDERS**:

       (1)    The motion for extension to file a reply, Dkt. 8, is **STRICKEN** as moot because Petitioner has filed a reply.

       (2)    Petitioner may submit additional "papers" in support of his petition for habeas relief no later than March 28, 2022.

(3)     The Clerk is directed to renote the matter for April 1, 2022.

DATED this 11th day of March, 2022.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER ON PETITIONER'S MOTION FOR
EXTENSION - 2