UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIT KUMAR,<br><br>              Petitioner,<br><br>   v.<br><br>ICE FIELD OFFICE DIRECTOR,<br><br>              Respondent. | CASE NO. 2:22-cv-00033-JHC-BAT<br><br>**ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

    (1)    The Court ADOPTS the Report and Recommendation.

    (2)    Respondent's motion to dismiss (Dkt. 7) is **GRANTED**, the petition (Dkt 1) is **DENIED**, and the case is **DISMISSED** with prejudice.

    (3)    The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

Dated this 27th day of May, 2022.

JOHN H. CHUN
United States District Judge

ORDER OF DISMISSAL - 1