UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMIT KUMAR, | CASE NO. 2:22-cv-00033-JHC |
| Petitioner, | ORDER |
| v. | |
| ICE FIELD OFFICE DIRECTOR, | |
| Respondent. | |

This matter comes before the Court on Petitioner Amit Kumar's "Motion to Reopen." Dkt. # 17.  Plaintiff alleges he was in "medical isolation" due to a COVID-19 infection and was thus unable to timely file objections to the Report and Recommendation (Dkt. # 14).  The motion appears unopposed.  The Court GRANTS Petitioner additional time to file objections: Petitioner may file any objections by Friday, July 15, 2022.  The Clerk is directed to reopen the case and send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 1st day of July, 2022.

John H. Chun
United States District Judge

ORDER - 1